EDMUND G. BROWN JR.
Attorney General of the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General
GREGORY D. BROWN, State Bar No. 219209
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5461
 Fax:  (415) 703-5480
 Email:  Gregory.Brown@doj.ca.gov

Attorneys for Defendants Stephen Surtshin, Chris
Echols, Patricia White, Sara Isadore, John Benham,
Glena Hepner, Carol Ann Kuchmak, Julius Fu, Jesus
Gallegos, Tom Moraida, and Ed Foulk

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARTOLO MULLEN,** | C 03-3676 RMW (PR) |
| Plaintiff, | **NAPA STATE HOSPITAL DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DECLARATION OF GREGORY D. BROWN** |
| v. | |
| **STEPHEN SURTSHIN, et al.,** | |
| Defendants. | |
| | (Local Rule 6-3) |
| | [Proposed Order filed concurrently herewith] |
| | Hearing:    N/A |
| | Time:        N/A |
| | Courtroom: 6, 4th Floor San Jose |
| | Judge:       The Honorable Ronald M. Whyte |

## INTRODUCTION

Pursuant to Local Rule 6-3, Defendants Stephen Surtshin, Chris Echols, Patricia

White, Sara Isadore, John Benham, Glena Hepner, Carol Ann Kuchmak, Julius Fu, Jesus

Napa State Hospital Defendants' Motion to Enlarge Time to Respond        Bartolo Mullen v. Stephen Surtshin, et al.
to Plaintiff's Second Amended Complaint; Declaration of Gregory D. Brown                    C 03-3676 RMW (PR)

1

Gallegos, Tom Moraida, and Ed Foulk (collectively, the Napa Defendants) hereby request a thirty (30) day enlargement of time, through and including September 3, 2008, to file a motion for summary judgment or other dispositive motion with respect to the claims set forth in Plaintiff's Second Amended Complaint.

### FACTUAL AND PROCEDURAL BACKGROUND

The Court's Order (Order), filed June 3, 2008 (Docket No. 40), stated that "no later than **sixty (60) days** from the date this order is filed, defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims in the complaint as set forth above." Order at p. 11. Accordingly, Defendants' current deadline to file such a motion is August 4, 2008.

The Court's Order and Plaintiff's Second Amended Complaint were not served on Defendants until July 9, 2008, and, due to an internal routing error, the Napa Defendants did not request representation from the California Attorney General's Office until July 23, 2008 – just twelve calendar days (and eight court days) before the Defendants' current response deadline.[1] *See* Declaration of Gregory D. Brown (Brown Decl.) at ¶ 2. Accordingly, the Napa Defendants now request a thirty (30) day extension of this deadline, through and including September 3, 2008, to allow the Napa Defendants and their counsel adequate time to investigate and respond to the claims in Plaintiff's Second Amended Complaint.

### ARGUMENT

Good cause exists for granting the requested extension of time. Because the Napa Defendants were not served until July 9, 2008 and, due to an internal routing error, did not request representation from the Attorney General's Office until July 23, 2008, the current August 4, 2008 deadline does not give the Napa Defendants or their counsel adequate time to investigate

1. The Attorney General's Office received a courtesy copy of the Order and Second Amended Complaint on June 30, 2008. *See* Brown Decl. at ¶ 3. However, because the Attorney General's Office did not have any client who had been served with a summons or requested representation at that time, the Attorney General's Office was not able to review the claims or begin to prepare any responsive pleadings until the Napa Defendants requested representation on July 23, 2008. *See id.*

Napa State Hospital Defendants' Motion to Enlarge Time to Respond                Bartolo Mullen v. Stephen Surtshin, et al.
to Plaintiff's Second Amended Complaint; Declaration of Gregory D. Brown                C 03-3676 RMW (PR)

Plaintiff's claims; to confirm whether Plaintiff has or has not exhausted his administrative remedies; or to prepare the declarations and other evidence that would be necessary to support an unenumerated Rule 12(b) motion to dismiss for failure to exhaust administrative remedies.  *See* Brown Decl. at ¶¶ 2 & 5; N.D. Cal. Civ. R. 6-3(a)(1) & (a)(3); *Wyatt v. Terhune*, 315 F.3d 1108, 1119-20 (9th Cir. 2003) (a motion to dismiss for failure to exhaust administrative remedies should be brought as an unenumerated Rule 12(b) motion, and "the court may look beyond the pleadings and decide disputed issues of fact").

The Napa Defendants have not attempted to obtain a stipulation from Plaintiff regarding the requested enlargement of time because Plaintiff is a pro se litigant who suffers from mental illness and is incarcerated at Napa State Hospital.  *See* Brown Decl. at ¶ 4; N.D. Cal. Civ. R. 6-3(a)(2).  The Napa Defendants are not aware of any previous time modifications in this case.  *See* Brown Decl. at ¶ 6; N.D. Cal. Civ. R. 6-3(a)(5).  The requested time modification would push back the briefing schedule for the Napa Defendants' dispositive motion by thirty (30) days, and would not cause prejudice to any party.  *See* Brown Decl. at ¶ 7; N.D. Cal. Civ. R. 6-3(a)(6).

### CONCLUSION

For each of the foregoing reasons, the Court should grant the Napa Defendants' request for a thirty (30) day extension of time, through and including September 3, 2008, to respond to Plaintiff's Second Amended Complaint.

Napa State Hospital Defendants' Motion to Enlarge Time to Respond                Bartolo Mullen v. Stephen Surtshin, et al.
to Plaintiff's Second Amended Complaint; Declaration of Gregory D. Brown                C 03-3676 RMW (PR)

3

Dated:  July 30, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

KARIN S. SCHWARTZ
Supervising Deputy Attorney General


  /s/ Gregory D. Brown

GREGORY D. BROWN
Deputy Attorney General

Attorneys for Defendants Stephen Surtshin, Chris Echols, Patricia White, Sara Isadore, John Benham, Glena Hepner, Carol Ann Kuchmak, Julius Fu, Jesus Gallegos, Tom Moraida, and Ed Foulk

20128832.wpd
SF2005200168

Napa State Hospital Defendants' Motion to Enlarge Time to Respond
to Plaintiff's Second Amended Complaint; Declaration of Gregory D. Brown

Bartolo Mullen v. Stephen Surtshin, et al.
C 03-3676 RMW (PR)

4

# DECLARATION OF GREGORY D. BROWN

I, Gregory D. Brown, hereby declare:

1.    I am an attorney licensed to practice law in the State of California and in the United States District Court for the Northern District of California.  I am a Deputy Attorney General with the California Attorney General's Office, and I am counsel for Defendants Stephen Surtshin, Chris Echols, Patricia White, Sara Isadore, John Benham, Glena Hepner, Carol Ann Kuchmak, Julius Fu, Jesus Gallegos, Tom Moraida, and Ed Foulk (collectively, the Napa Defendants) in the above-captioned case.  This Declaration is made in support of Napa State Hospital Defendants' Motion to Enlarge Time to Respond to Plaintiff's Second Amended Complaint.  Except as otherwise specified, the facts stated in this Declaration are based upon my own personal knowledge.

2.    The Court's Order filed June 3, 2008 (Order) stated that "no later than **sixty (60) days** from the date this order is filed, defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims in the complaint as set forth above." Therefore, Defendants' responsive motion is currently due no later than August 4, 2008. However, the Order and Second Amended Complaint were not served on the Napa Defendants until July 9, 2008, and, due to an internal routing error, the Napa Defendants did not request representation from my office until July 23, 2008 – just twelve calendar days (and eight court days) before Defendants' current August 4, 2008 deadline for filing a responsive motion. Accordingly, a thirty (30) day extension of time, through and including September 3, 2008, is necessary to ensure that the Napa Defendants will have adequate time to investigate Plaintiff's claims and prepare a dispositive motion in accordance with the Court's Order.  N.D. Cal. Civ. R. 6-3(a)(1).

3.    The Attorney General's Office received a courtesy copy of the Court's Order and the Second Amended Complaint on June 30, 2008.  However, because the Attorney General's Office did not have any client that had been served with a summons or requested representation at that time, the Attorney General's Office was not able to review the claims or begin to prepare

Napa State Hospital Defendants' Motion to Enlarge Time to Respond        Bartolo Mullen v. Stephen Surtshin, et al.
to Plaintiff's Second Amended Complaint; Declaration of Gregory D. Brown                C 03-3676 RMW (PR)

5

a responsive motion until Defendants requested representation on July 23, 2008.

4. The Napa Defendants have not attempted to obtain a stipulation from Plaintiff because Plaintiff is a pro se litigant who is currently incarcerated at Napa State Hospital, and whom I am informed and believe suffers from mental illness. N.D. Cal. Civ. R. 6-3(a)(2).

5. If the Court does not change the time for the Napa Defendants to respond, the Napa Defendants will suffer prejudice because they will not have adequate time to prepare a dispositive motion in response to Plaintiff's Second Amended Complaint in accordance with the Court's Order. N.D. Cal. Civ. R. 6-3(a)(3).

6. I am not aware of any previous time modifications in this case. N.D. Cal. Civ. R. 6-3(a)(5).

7. The requested time modification would push back the briefing schedule for the Napa Defendants' dispositive motion by thirty (30) days. To the best of my knowledge and belief, no party will be prejudiced by the requested time modification. N.D. Cal. Civ. R. 6-3(a)(6).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 30th day of July, 2008, in San Francisco, California.

_____/s/ Gregory D. Brown_____
Gregory D. Brown

Napa State Hospital Defendants' Motion to Enlarge Time to Respond
to Plaintiff's Second Amended Complaint; Declaration of Gregory D. Brown

Bartolo Mullen v. Stephen Surtshin, et al.
C 03-3676 RMW (PR)

6

## DECLARATION OF SERVICE BY MAIL

*Case Name:*      **Bartelo Mullen v. Stephen Surtshin**
*Court & Case No.:*    **Northern District Court No: C 03-2676 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General of the State of California in the County of San Francisco, California. I am 18 years of age or older and not a party to the within entitled cause; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102.

On July 30, 2008, I served the attached: **NAPA STATE HOSPITAL DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DECLARATION OF GREGORY D. BROWN and [PROPOSED] ORDER**

___XX___     by FIRST CLASS U.S. MAIL, placing a true copy thereof in a sealed envelope, postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102; for deposit with the United States Postal Service this same day in the ordinary course of business, to the person(s) listed below and addressed as follows:

Bartolo Mullen
NA 202726-6
2100 Napa Vallejo Highway
Napa, CA 94588-6234
(Pro Se)   No Tele or Fax Nos. Provided

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on July 30, 2008, at San Francisco, California.

_____
LOUISE DENISH