*E-FILED - 6/4/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARTOLO MULLEN,** | Case No. C 03-3676 RMW (PR) |
| Plaintiff, | [PROPOSED] **ORDER SEALING CONFIDENTIAL DOCUMENTS** |
| v. | |
| **STEPHEN SURTSHIN, et al.,** | |
| Defendants. | |

Defendants Stephen Surtshin, Chris Echols, Patricia White, Sara Isadore, John Benham, Glena Hepner, Carol Ann Kuchmak, Julius Fu, Jesus Gallegos, Tom Moraida, and Ed Foulk (collectively, the NSH Defendants) filed an administrative motion to file the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5:

1. Napa State Hospital Defendants' Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof

2. Declaration of Gregory D. Brown in Support of Napa State Hospital Defendants' Motion for Summary Judgment

3. Declaration of Patricia White in Support of Napa State Hospital Defendants' Motion for Summary Judgment

4. Declaration of Christina Echols in Support of Napa State Hospital Defendants' Motion for Summary Judgment

1

[Proposed] Order Sealing Confidential Documents  (C 03-3676 RMW (PR))

5. Declaration of Sara Isadore in Support of Napa State Hospital Defendants' Motion for Summary Judgment

6. Declaration of Glena Hepner in Support of Napa State Hospital Defendants' Motion for Summary Judgment

7. Declaration of Carol Ann Kuchmak, M.D. in Support of Napa State Hospital Defendants' Motion for Summary Judgment

8. Declaration of Jesus Gallegos in Support of Napa State Hospital Defendants' Motion for Summary Judgment

9. Declaration of Tom Moraida in Support of Napa State Hospital Defendants' Motion for Summary Judgment

The Court finds that each of the above-listed documents contains information relating to plaintiff's treatment at Napa State Hospital, and that such information cannot reasonably be redacted from any of the above-listed documents. The Court concludes that such information is plaintiff's confidential and protected information; that the NSH Defendants may disclose such information to the Court and to plaintiff for the purposes of defending themselves against plaintiff's allegations in this action; and that plaintiff's privacy interest in such information outweighs any interest in allowing the disclosure of such information to the general public. *See* 45 C.F.R. §§ 160.101 *et seq.* & 164.102 *et seq.*; Cal. Welf. & Inst. Code § 5328. Accordingly, the Court hereby orders that the above-listed documents shall be sealed pursuant to Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: __6/4/09_____      _____
                                                                    The Honorable Ronald M. Whyte