*E-FILED- 8/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MULLEN,<br><br>         Plaintiff,<br><br>  v.<br><br>DR. SURTSHIN, et al.,<br><br>         Defendants. | No. C 03-03676 RMW (PR)<br><br>ORDER ON ITS OWN MOTION GRANTING PLAINTIFF EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Good cause appearing, the court on its own motion GRANTS plaintiff an extension of time in which to file his opposition to defendants' motion for summary judgment.

Plaintiff shall file his opposition to defendants' motion for summary judgment within **forty-five (45) days** from the filing date of this order. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED:     8/5/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Extension of Time to File Opposition to Defendants' Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.03\Mullen676.Sua Sponte EOT.wpd