*E-FILED - 11/10/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARTOLO MULLEN, | ) | No. C 03-3676 RMW (PR) |
| | ) | |
| | ) | JUDGMENT |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| STEPHEN SURTSHIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The court dismissed defendants Benham and Fu and granted summary judgment in favor of the remaining defendants in the instant civil rights complaint for relief, which was brought pursuant to 42 U.S.C. § 1983.  Defendants are entitled to judgment as a matter of law as to all claims.  Judgment is hereby entered in favor of defendants.  Plaintiff shall take nothing by way of his complaint, which is DISMISSED.

    The clerk shall close the file.

    IT IS SO ORDERED.

DATED: __11/6/09__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.03\Mullen676jud.wpd